307 S.E.2d 164 (1983)
309 N.C. 321
LIBBY HILL SEAFOOD RESTAURANTS, INC.
v.
Edward P. OWENS and wife, Nancy P. Owens, J.R. Yarbrough, Susanna R. Gwyn, and Idle Wilde Land and Cattle Company.
No. 377P83.
Supreme Court of North Carolina.
September 7, 1983.
Adams, Kleemeier, Hagan, Hannah & Fouts, Greensboro, for the plaintiff.
Weston P. Hatfield, Winston-Salem, for the defendants.
Plaintiff's petition for discretionary review, N.C.App., 303 S.E.2d 565, under G.S. § 7A-31. Denied.